UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES FOX, Individually, and on Behalf of the Class,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Virginia Corporation; and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | No. 2:24-cv-01001 WBS CKD<br><br><br>ORDER RE: MOTION TO STAY |

----oo0oo----

　　　　At oral argument on defendant Genworth Life and Annuity Insurance Company's motion to stay, counsel represented that in Small v. Allianz Life Ins. Co. of North America, No. 23-80050 (9th Cir. Oct. 21, 2024), the Ninth Circuit will be called upon to decide one of the controlling issues in this case, namely, whether class members in an action for cancellation of a term life insurance policy without sufficient notice may recover under California Insurance Code §§ 10113.71 and 10113.72 regardless of

1

whether they incurred any loss or damages due to defendant's conduct.  Plaintiff contends that the putative class members may do so, and defendant disagrees.

Counsel also represent that the Small appeal has been fully briefed and is scheduled for oral argument in six days from today's date.

IT IS THEREFORE ORDERED that defendant's motion to stay (Docket No. 18) be, and the same herby is, GRANTED, and all proceedings in this case are hereby stayed pending resolution by the Ninth Circuit of the appeal in Small.

As soon as the Ninth Circuit has handed down its final decision in Small, Counsel shall inform this court and make arrangements for the lifting of this stay.

Dated:  October 15, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2