UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FOX, Individually and on Behalf of the Class,<br><br>    Plaintiff,<br><br>  v.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Virginia corporation; and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 2:24-cv-01001-WBS-CKD<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE AND EXTENDING PARTIES' TIME TO FILE UPDATED JOINT STATUS REPORT**<br><br>Date Action Filed: 2/28/2024 |

1    On consideration of the Parties' Joint Stipulation to
2 Continue the Scheduling Conference and Extend the Parties' Time
3 to File an Updated Joint Status Report, and GOOD CAUSE having
4 been shown, the Court ORDERS as follows:

- The deadline for the Updated Joint Status Report is extended to **March 24, 2025,** and
- The Scheduling Conference is continued to **April 7, 2025 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: March 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

Dated: March 5, 2025

**NICHOLAS & TOMASEVIC, LLP**

By: */s/ Trent J. Nelson* (as authorized on March 5, 2025)

Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, CA 92101
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org
jschulte@nicholaslaw.org

**SINGLETON SCHREIBER, LLP**

Christopher R. Rodriguez (SBN 212274)
Andrew D. Bluth (SBN 232387)
Michelle M. Myers (SBN 236387)
Trent J. Nelson (SBN 340185)

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

```
                                1414 K Street, Suite 470
                                Sacramento, CA 95814
                                crodriguez@singletonschreiber.com
                                abluth@singletonschreiber.com
                                mmeyers@singletonschreiber.com
                                tnelson@singletonschreiber.com
```

**WINTERS & ASSOCIATES**

```
Jack B. Winters (SBN 82998)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, CA 91942
jwinters@singletonschreiber.com
sball@einsurelaw.com
```

**Attorneys for Plaintiff JAMES FOX**

Dated: March 5, 2025

**DENTONS US LLP**

By: /s/ *Michael J. Duvall*

Michael J. Duvall (SBN 276994)
Samantha Fahr (SBN 299409)
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
michael.duvall@dentons.com
samantha.fahr@dentons.com
Sandra D. Hauser (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
sandra.hauser@dentons.com
Leanna M. Anderson (SBN 228271)
Haley S. Eastham (*pro hac vice*)
100 Crescent Court, Suite 900
Dallas, Texas 75201
leanna.anderson@dentons.com
haley.eastham@dentons.com

**Attorneys for Defendant
GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY**