1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FOX, Individually, and on Behalf of the Class,<br><br>Plaintiff,<br><br>vs.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Virginia Corporation; and DOES 1 TO 10, Inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01001-WBS-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT GENWORTH'S MOTION TO STRIKE** |

Before this Court is the Joint Stipulation to Continue Hearing on Defendant's GENWORTH LIFE AND ANNUITY INSURANCE COMPANY's Motion to Motion to Strike (ECF No. 39), and the associated deadlines for filing of Plaintiff's Opposition and Defendant's Reply

**IT IS HEREBY ORDERED** that:

**1.**  The hearing on Defendant's Motion to Strike is continued to **August 18, 2025 at 1:30 p.m.**

2.  Plaintiff's Opposition to Defendant's Motion to Strike is due July 16, 2025

3.  Defendant's Reply to Defendant's Motion to Strike is due August 4, 2025

**IT IS SO ORDERED.**

Dated: June 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE