UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FOX, Individually and on Behalf of the Class,<br><br>            Plaintiff,<br><br>     v.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Virginia corporation; and DOES 1-10, inclusive,<br><br>            Defendant. | Case No. 2:24-cv-01001-WBS-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND**<br><br>Judge: Hon. William B. Shubb<br><br>Motion Date: 8/18/2025<br>Motion Time: 1:30 p.m.<br>Motion Courtroom: 5<br><br>Date Action Filed: 2/28/2024 |

On consideration of the Parties' Joint Stipulation to Modify the Briefing Schedule on Plaintiff's Motion to Remand, and GOOD CAUSE having been shown, the Court ORDERS as follows:

- The deadline to file a Response to the Motion to Remand is hereby extended to July 18, 202;
- The deadline to file a Reply, if any, for the Motion to Remand is hereby extended to August 1, 2025;
- The hearing on the Motion to Remand remains on the date noticed, August 18, 2025.

IT IS SO ORDERED.

Dated: July 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

Dated: July 2, 2025

**NICHOLAS & TOMASEVIC, LLP**

Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, CA 92101
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org
jschulte@nicholaslaw.org

**SINGLETON SCHREIBER, LLP**

Christopher R. Rodriguez (SBN 212274)
Andrew D. Bluth (SBN 232387)
Michelle M. Myers (SBN 236387)
Trent J. Nelson (SBN 340185)
1414 K Street, Suite 470
Sacramento, CA 95814
crodriguez@singletonschreiber.com
abluth@singletonschreiber.com
mmeyers@singletonschreiber.com
tnelson@singletonschreiber.com

**WINTERS & ASSOCIATES**

By: */s/ Sarah Ball*
Jack B. Winters (SBN 82998)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, CA 91942
jwinters@singletonschreiber.com
sball@einsurelaw.com

**Attorneys for Plaintiff JAMES FOX**

Dated: July 2, 2025

**DENTONS US LLP**

By: */s/ Michael J. Duvall*

Michael J. Duvall (SBN 276994)
Samantha Fahr (SBN 299409)
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
michael.duvall@dentons.com
samantha.fahr@dentons.com

Sandra D. Hauser (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
sandra.hauser@dentons.com

Leanna M. Anderson (SBN 228271)
Haley S. Eastham (*pro hac vice*)
100 Crescent Court, Suite 900
Dallas, Texas 75201
leanna.anderson@dentons.com
haley.eastham@dentons.com

**Attorneys for Defendant**
**GENWORTH LIFE AND ANNUITY**
**INSURANCE COMPANY**