1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10  JAMES FOX, Individually and on          Case No. 2:24-cv-01001-WBS-CKD
    Behalf of the Class,
11                                           **ORDER GRANTING JOINT
                   Plaintiff,                STIPULATION TO MODIFY
12                                           THE BRIEFING SCHEDULES ON
            v.                               DEFENDANT'S MOTION TO STRIKE
13                                           AND PLAINTIFF'S MOTION TO
    GENWORTH LIFE AND ANNUITY                REMAND**
14  INSURANCE COMPANY, a Virginia
    corporation; and DOES 1-10,              Judge: Hon. William B. Shubb
15  inclusive,
16                 Defendant.                Motions Date: 8/18/2025
                                             Motions Time: 1:30 p.m.
17                                           Motions Courtroom: 5
18                                           Date Action Filed: 2/28/2024
19
20
21
22
23
24
25
26
27
28

On consideration of the parties' Joint Stipulation to Modify the Briefing Schedules on Defendant's Motion to Strike [ECF No. 39] and on Plaintiff's Motion to Remand [ECF No. 44], and GOOD CAUSE having been shown, the Court ORDERS as follows:

- Defendant's deadline to file a Reply, if any, for the Motion to Strike is hereby extended to August 11, 2025;
- The hearing on the Motion to Strike remains on the date noticed, August 18, 2025.
- Defendant's deadline to file a Response to the Motion to Remand is hereby extended to July 22, 2025;
- Plaintiff's deadline to file a Reply, if any, for the Motion to Remand is hereby extended to August 11, 2025;
- The hearing on the Motion to Remand remains on the date noticed, August 18, 2025.

IT IS SO ORDERED.

Dated:   July 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

2  AGREED AS TO FORM:

3  Dated: July 16, 2025

4                                    **NICHOLAS & TOMASEVIC, LLP**

5

6                                    Craig M. Nicholas (SBN 178444)
                                     Alex Tomasevic (SBN 245598)
7                                    Jake W. Schulte (SBN 293777)
                                     225 Broadway, 19th Floor
8                                    San Diego, CA 92101
                                     cnicholas@nicholaslaw.org
9                                    atomasevic@nicholaslaw.org
                                     jschulte@nicholaslaw.org

10                                   **SINGLETON SCHREIBER, LLP**

11                                   Christopher R. Rodriguez (SBN 212274)
12                                   Andrew D. Bluth (SBN 232387)
                                     Michelle M. Myers (SBN 236387)
13                                   Trent J. Nelson (SBN 340185)
                                     1414 K Street, Suite 470
14                                   Sacramento, CA 95814
                                     crodriguez@singletonschreiber.com
15                                   abluth@singletonschreiber.com
                                     mmeyers@singletonschreiber.com
16                                   tnelson@singletonschreiber.com

17                                   **WINTERS & ASSOCIATES**

18                                   By: */s/ Sarah Ball*
                                     _____
19                                   Jack B. Winters (SBN 82998)
                                     Sarah Ball (SBN 292337)
20                                   8489 La Mesa Boulevard
                                     La Mesa, CA 91942
21                                   jwinters@singletonschreiber.com
                                     sball@einsurelaw.com

22                                   **Attorneys for Plaintiff JAMES FOX**
    Dated: July 16, 2025
23                                   **DENTONS US LLP**

24                                   By: */s/ Michael J. Duvall*
                                     _____
25                                   Michael J. Duvall (SBN 276994)
                                     Samantha Fahr (SBN 299409)
26                                   601 South Figueroa Street, Suite 2500
                                     Los Angeles, California 90017-5704
27                                   michael.duvall@dentons.com
                                     samantha.fahr@dentons.com

28

1           Sandra D. Hauser (*pro hac vice*)
        1221 Avenue of the Americas
2           New York, New York 10020
        sandra.hauser@dentons.com
3

4           Leanna M. Anderson (SBN 228271)
        Haley S. Eastham (*pro hac vice*)
        100 Crescent Court, Suite 900
5           Dallas, Texas 75201
        leanna.anderson@dentons.com
6           haley.eastham@dentons.com

7           **Attorneys for Defendant**
        **GENWORTH LIFE AND ANNUITY INSURANCE**
8           **COMPANY**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28