**NICHOLAS & TOMASEVIC, LLP**
CRAIG M. NICHOLAS (SBN 178444)
ALEX TOMASEVIC (SBN 245598)
JAKE W. SCHULTE (SBN 293777)
225 Broadway, 19th Floor
San Diego, CA 92101
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org
jschulte@nicholaslaw.org
Tel: 619-325-0492 / Fax: 619-325-0496

**Attorneys for Plaintiff JAMES FOX**

**DENTONS US LLP**
SANDRA D. HAUSER (*pro hac vice*)
MICHAEL J. DUVALL (SBN 276994)
LEANNA M. ANDERSON (SBN 228271)
SAMANTHA FAHR (SBN 299409)
HALEY S. EASTHAM (*pro hac vice*)
601 South Figueroa St., Suite 2500
Los Angeles, CA 90017
sandra.hauser@dentons.com
michael.duvall@dentons.com
leanna.anderson@dentons.com
samantha.fahr@dentons.com
haley.eastham@dentons.com
Tel: 213-623-9300 / Fax: 213-623-9924

**Attorneys for Defendant**
**GENWORTH LIFE AND ANNUITY INSURANCE COMPANY**

[SEE ADDITIONAL COUNSEL ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FOX, Individually, and on Behalf of the Class,<br><br>    Plaintiff,<br><br>            v.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Virginia Corporation; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 2:24-cv-01001-WBS-CKD<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY THE SCHEDULING ORDER**<br><br>Action Filed: 2/28/24<br>Trial: 7/21/26 |

**JOINT STIPULATION**

Pursuant to Civil Local Rule 143, Plaintiff James Fox and Defendant Genworth Life and Annuity Insurance Company submit this Joint Stipulation to Modify the Scheduling Order, based on the following:

1.    A pretrial schedule may be modified "for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).

2.    Pursuant to the Scheduling Order dated April 1, 2025, "[a]ny requests to modify the dates or terms [herein], except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge."  See ECF No. 36 at 5.

3.    Under the Scheduling Order, the current due date for the parties to disclose any experts and expert reports is December 2, 2025.  Counsel for the parties respectfully request that this due date be extended to March 2, 2026.  No other modification to the case schedule is being requested.

4.    It is respectfully submitted that additional time is necessary to sufficiently prepare any expert reports, including in light of interim procedural developments in this case since the Scheduling Order was originally entered.  Moreover, the requested extension is needed to accommodate myriad year-end and year-beginning scheduling difficulties across counsel, client contacts, and potential experts.

5.    There has been no prior request to modify the Scheduling Order dated April 1, 2025.

6.    Counsel for the parties jointly stipulate to this requested modification and agree that it will cause no prejudice.

IT IS THEREFORE STIPULATED AND REQUESTED by the parties that the Scheduling Order be modified to extend the due date for disclosing any experts and expert reports to March 2, 2026

**IT IS SO STIPULATED.**

Dated: November 14, 2025   **WINTERS & ASSOCIATES**

By: _/s/ SARAH BALL_
    (as authorized on November 14, 2025)

JACK B. WINTERS (SBN 82998)
SARAH BALL (SBN 292337)
8489 La Mesa Boulevard
La Mesa, CA 91942
jwinters@singletonschreiber.com
sball@einsurelaw.com
Tel: 619-234-9000 Fax: 619-750-0413

**NICHOLAS & TOMASEVIC, LLP**
CRAIG M. NICHOLAS (SBN 178444)
ALEX TOMASEVIC (SBN 245598)
JAKE W. SCHULTE (SBN 293777)
225 Broadway, 19th Floor
San Diego, CA 92101
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org
jschulte@nicholaslaw.org
Tel: 619-325-0492 / Fax: 619-325-0496

**SINGLETON SCHREIBER, LLP**
CHRISTOPHER R. RODRIGUEZ (SBN 212274)
ANDREW D. BLUTH (SBN 232387)
MICHELLE M. MYERS (SBN 236387)
TRENT J. NELSON (SBN 340185)
1414 K Street, Suite 470
Sacramento, CA 95814
crodriguez@singletonschreiber.com
abluth@singletonschreiber.com
mmeyers@singletonschreiber.com
tnelson@singletonschreiber.com
Tel: 916-248-8478

**Attorneys for Plaintiff**
**JAMES FOX**

Dated: November 14, 2025    **DENTONS US LLP**

By: */s/ MICHAEL J. DUVALL*

SANDRA D. HAUSER (*pro hac vice*)
MICHAEL J. DUVALL (SBN 276994)
LEANNA M. ANDERSON (SBN 228271)
SAMANTHA FAHR (SBN 299409)
HALEY S. EASTHAM (*pro hac vice*)
601 South Figueroa St., Suite 2500
Los Angeles, CA 90017
sandra.hauser@dentons.com
michael.duvall@dentons.com
leanna.anderson@dentons.com
samantha.fahr@dentons.com
haley.eastham@dentons.com
Tel: 213-623-9300 / Fax: 213-623-9924

**Attorneys for Defendant**
**GENWORTH LIFE AND ANNUITY INSURANCE**
**COMPANY**

# ~~[PROPOSED]~~ ORDER

On consideration of the Parties' Joint Stipulation to Modify the Scheduling Order and GOOD CAUSE having been shown, the Court ORDERS as follows:

- The deadline for expert disclosures and reports is modified to March 2, 2026.
- Other case schedule deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated:  November 19, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 fox24cv1001.stip.exp