**NICHOLAS & TOMASEVIC, LLP**
CRAIG M. NICHOLAS (SBN 178444)
ALEX TOMASEVIC (SBN 245598)
JAKE W. SCHULTE (SBN 293777)
225 Broadway, 19th Floor
San Diego, CA 92101
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org
jschulte@nicholaslaw.org
Tel: 619-325-0492 / Fax: 619-325-0496

**Attorneys for Plaintiff JAMES FOX**

**DENTONS US LLP**
SANDRA D. HAUSER (*pro hac vice*)
MICHAEL J. DUVALL (SBN 276994)
LEANNA M. ANDERSON (SBN 228271)
SAMANTHA FAHR (SBN 299409)
HALEY S. EASTHAM (*pro hac vice*)
601 South Figueroa St., Suite 2500
Los Angeles, CA 90017
sandra.hauser@dentons.com
michael.duvall@dentons.com
leanna.anderson@dentons.com
samantha.fahr@dentons.com
haley.eastham@dentons.com
Tel: 213-623-9300 / Fax: 213-623-9924

**Attorneys for Defendant**
**GENWORTH LIFE AND ANNUITY INSURANCE COMPANY**

[SEE ADDITIONAL COUNSEL ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FOX, Individually, and on Behalf of the Class,<br><br>    Plaintiff,<br><br>            v.<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Virginia Corporation; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 2:24-cv-01001-WBS-CKD<br><br>**ORDER MODIFYING AND CONTINUING DATES IN THE PRETRIAL SCHEDULING ORDER**<br><br>Judge: Hon. William B. Shubb<br><br>Action Filed: 2/28/24 |

**ORDER**

On consideration of the Parties' Joint Stipulation to Modify and Continue Dates in the Pretrial Scheduling Order and good cause having been shown, the Court ORDERS that the Scheduling Order be amended as follows:

DISCOVERY

The Parties exchanged the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on **September 16, 2024.**

The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **April 6, 2026.** With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **April 27, 2026.**

All fact discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by **April 6, 2026.** The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **April 6, 2026.**

MOTION HEARING SCHEDULE

All motions, except for (a) Defendant's anticipated motion for summary judgment, and (b) any motions for continuances,

temporary restraining orders, or other emergency applications, shall be filed on or before **April 27, 2026.** Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

The Parties have also agreed to a briefing schedule for anticipated motions for class certification and summary judgement. Any motion for class certification must be filed by **April 27, 2026,** with any opposition filed by **June 1, 2026,** any reply filed by **June 22, 2026,** and a hearing to be noticed for **July 6, 2026 at 1:30 p.m.** After the Court reaches a decision on the Motion for Class certification, any motion for summary judgment must be filed by **September 14, 2026,** with any opposition filed by **October 19, 2026,** any reply filed by **November 9, 2026,** and a hearing to be noticed for **November 23, 2026 at 1:30 p.m.**

FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for **January 25, 2027 at 1:30 p.m.** in Courtroom No. 5. The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the Parties and by any unrepresented Parties. Counsel for all Parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony. Counsel shall file separate pretrial statements and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements. In addition to those subjects listed in Local Rule 281(b), the Parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion

which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the Parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto. If the case is to be tried to a jury, the Parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

TRIAL SETTING

The jury trial is set for **March 23, 2027 at 9:00 a.m.** The Parties estimate that the trial will last 3-8 days.

SETTLEMENT CONFERENCE

A Settlement Conference with a magistrate judge will be set at the time of the Pretrial Conference. Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge. The Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests

to change the trial date shall be heard and decided only by the undersigned judge.

**IT IS SO ORDERED.**

Dated:  January 22, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

Dated: January 21, 2026

**WINTERS & ASSOCIATES**

By: */s/Sarah Ball*
JACK B. WINTERS (SBN 82998)
SARAH BALL (SBN 292337)
8489 La Mesa Boulevard
La Mesa, CA 91942
jwinters@singletonschreiber.com
sball@einsurelaw.com
Tel: 619-234-9000 / Fax: 619-750-0413

**NICHOLAS & TOMASEVIC, LLP**
CRAIG M. NICHOLAS (SBN 178444)
ALEX TOMASEVIC (SBN 245598)
JAKE W. SCHULTE (SBN 293777)
225 Broadway, 19th Floor
San Diego, CA 92101
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org
jschulte@nicholaslaw.org
Tel: 619-325-0492 / Fax: 619-325-0496

**SINGLETON SCHREIBER, LLP**
CHRISTOPHER R. RODRIGUEZ (SBN 212274)
ANDREW D. BLUTH (SBN 232387)
MICHELLE M. MYERS (SBN 236387)
TRENT J. NELSON (SBN 340185)
1414 K Street, Suite 470
Sacramento, CA 95814
crodriguez@singletonschreiber.com
abluth@singletonschreiber.com
mmeyers@singletonschreiber.com
tnelson@singletonschreiber.com
Tel: 916-248-8478

**Attorneys for Plaintiff JAMES FOX**

Dated: January 21, 2026

**DENTONS US LLP**

By: */s/Michael J. Duvall*
    (as authorized on 1/21/26)

SANDRA D. HAUSER (pro hac vice)
MICHAEL J. DUVALL (SBN 276994)
LEANNA M. ANDERSON (SBN 228271)
SAMANTHA FAHR (SBN 299409)
HALEY S. EASTHAM (pro hac vice)
601 South Figueroa St., Suite 2500
Los Angeles, CA 90017
sandra.hauser@dentons.com
michael.duvall@dentons.com
leanna.anderson@dentons.com
samantha.fahr@dentons.com
haley.eastham@dentons.com
Tel: 213-623-9300 / Fax: 213-623-9924

**Attorneys for Defendant**
**GENWORTH LIFE AND ANNUITY INSURANCE**
**COMPANY**

Case No. 2:24-cv-01001-WBS-CKD      6      ORDER MODIFYING AND CONTINUING  DATES IN THE PRETRIAL SCHEDULING ORDER