

United States District Court
Eastern District of California

James Fox,

Plaintiff(s)

V.

Genworth Life and Annuity Insurance Co.

Defendant(s)

Case Number: 2:24-cv-01001-WBS-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Cassandra Beckman Widay hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Genworth Life and Annuity Insurance Company

On 02/07/2024 (date), I was admitted to practice and presently in good standing in the District of Columbia (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/03/2026          Signature of Applicant: /s/ Cassandra Beckman Widay

**Pro Hac Vice Attorney**

Applicant's Name:              Cassandra Beckman Widay

Law Firm Name:               Dentons US LLP

Address:                           1900 K Street NW

City: Washington          State: D.C.          Zip: 20006

Phone Number w/Area Code: (202) 496-7401

City and State of Residence: McLean, Virginia

Primary E-mail Address: cassandra.beckmanwiday@dentons.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:        Michael J. Duvall

Law Firm Name:               Dentons US LLP

Address:                           601 South Figueroa Street

                                         Suite 2500

City: Los Angeles          State: CA          Zip: 90017

Phone Number w/Area Code: (213) 623-9300          Bar # 276994

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  February 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE